UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE:** | No.  1:26-mc-00065-SAB |
| | ORDER GRANTING PLAINTIFF'S MOTION FOR RELIEF FROM E-FILING PROCEDURES |
| **JAIME MIGUEL ARTEAGA,** | |
| | (ECF No. 1) |

On June 29, 2026, inmate Jaime Miguel Arteaga filed a motion for leave and/or exemption from the requirement to electronic file his civil rights complaint pursuant to 42 U.S.C. § 1983.

**I.**

**DISCUSSION**

On March 1, 2016, this Court issued a Standing Order for the United States District Court for the Eastern District of California, Fresno Division, that describes a pilot program in which the Court and the California Department of Corrections and Rehabilitation (CDCR) have agreed to participate in a program whereby initial pleadings submitted by prisoners in civil rights cases involving conditions of confinement claims are electronically filed.  As part of this pilot program, CDCR has agreed to collaborate with the Court to obtain and maintain participating penal institutions under the program.  Participating penal institutions shall be those institutions which CDCR and the Court agree shall participate in the program.  This pilot program is designed to reduce the costs of processing court filings in civil rights cases brought by incarcerated Plaintiffs pursuant to 42 U.S.C. § 1983.  This Standing Order only applies to initial filings by Plaintiffs

1

which is defined as the complaint, an application to proceed in forma pauperis without prepayment of fees, or a motion seeking relief from this Standing Order or a motion for emergency relief.  At a CDCR participating facility, no initial documents will be accepted for filing by the Clerk of the Court unless done pursuant to the Standing Order or the scanning equipment is inoperable for a period longer than forty-eight (48) hours.  After the initial filings, all other filings shall be mailed and comply with the Local Rules for the United States District Court for the Eastern District of California.  Issues regarding access to the e-filing program in the Fresno Division of this Court are referred to the undersigned for determination and authorization to open a miscellaneous proceeding prior to accepting the civil complaint should the magistrate judge deem it necessary.

Plaintiff has filed a request to be exempt from the e-filing requirement, along with a copy of the proposed complaint.  Plaintiff submits that he has been denied "access to the yard and legal law libraries" to file "any and all legal issues[.]"[1] (ECF No. 1 at 1.)  Given Plaintiff's contention that he does not have access to electronically file his complaint, the Court will grant Plaintiff's request and direct that the complaint be transferred and filed in a new prisoner civil rights action in the Sacramento Division of the Court.[2]

**II.**

**ORDER**

Based on the foregoing, it is HEREBY ORDERED that:

1. Plaintiff's request to be exempt from the e-filing requirement is GRANTED; and

2. The Clerk of Court is directed to transfer and open a new prisoner civil rights action in the **Sacramento Division** of the Court;

3. The Clerk of Court shall file Plaintiff's complaint dated June 29, 2026 in the new action; and

---

[1] The allegations in the complaint took place at California State Prison, Sacramento, in Sacramento County, and should have been filed in the Sacramento Division of this Court.

[2] Local Rule 120(f), provides that a civil action which has not been commenced in the proper court may, on the court's own motion, be transferred to the proper court.

4.    The Clerk of Court shall email a copy of this order to Supervising Deputy Attorney Lawrence Bragg.

IT IS SO ORDERED.

Dated:    **July 7, 2026**

STANLEY A. BOONE
United States Magistrate Judge

3